We have four argued cases this morning. The first one is number 17, 2523 Tri-Union Frozen Products v. United States. Mr. Goslick, am I pronouncing that right? That's correct, sir. Go ahead. Good morning. May it please the court, on this rainy day, Rob Goslick from Trade Pacific here today on behalf of Mazetta, Tri-Union, Oracal, and Quoc Viet Seafood Processing. This appeal challenges Commerce's decision in the 8th Administrative Review of the Anti-Dumping Duty Order on frozen warm water shrimp from Vietnam to value respondents' white vana-may consumption in the production of subject merchandise with black tiger species shrimp. In non-market economy proceedings such as this one, Commerce calculates normal value... How did they actually do the calculation? Commerce requires the respondents to report to them what it takes... No, I don't understand, but specifically, how did they calculate the value of the white shrimp? The white shrimp in this case were not used by Commerce, but the calculation is they look for surrogate values in surrogate countries and take those values wherever they might be from publicly available information and apply those values... How did they value the shrimp here? They used the black shrimp, right? Correct. And that's your objection, but what was the... The basis for the... No, I'm looking to what the details of the calculation were. There were various sizes of shrimp. Exactly. There were two different kinds of shrimp. How did they do the calculation? Commerce had values for black tiger shrimp from a study by the Network for Aquaculture Centers of Asia Pacific that identified specific shrimp costs in specific size categories for black tiger shrimp. So they just assumed that the black shrimp cost and the white shrimp cost were the same? Is that what they did? In this case, that is the exact assumption. They assumed that they would apply black tiger species shrimp to white venomate consumption of the mandatory respondents, and that is the challenge that I am making in this appeal. It has always been Commerce's practice and the law, in fact, to value normal value based on the factors of production using the best available information regarding the valuation of those factors in a market economy country or countries. So looking at the factors of production, why was it not reasonable for Congress to use count size over, say, species? I think they should use count size, but I think they should also take into consideration the species of the product. Count size has a big impact on the cost of the shrimp and also on the ultimate prices, but record evidence demonstrates in this case that species of the shrimp also has an incredible important impact on the cost of the product. In our joint appendix, we provided data from that same exact study that Commerce used that show that on average, prices for white venomate shrimp in Indonesia were 15% lower than comparable size shrimp in... So what's your argument today? Is your argument today that what Commerce should have done is to use the black shrimp data from Bangladesh and use the white shrimp data from Indonesia?  Okay, and then the problem is that Indonesia in this particular segment of review was determined not to be a comparable economy. Is that right? Commerce Department did not deem Indonesia to be on its list of comparable surrogate producers, but the law does not stop with just that. The law says that we should use the best available information for valuing the factors of production and determining which country they should use as a surrogate country. Commerce should use, to the extent possible, countries that are an economic level of development comparable to Vietnam that are significant producers of subject merchandise. But the law specifically says, to the extent possible... Had they used the Indonesian data before? They used Indonesian data in the previous review, a year earlier, where they did calculate separate factor valuation methodologies for the white and black shrimp. So what do you contend that they should have done here? I think they should have done the exact same thing. Wait, wait, wait. Can you interrupt me? There were not, from Indonesia, data for white shrimp of the larger sizes, correct? That's correct, but that's primarily because... What did you suggest that they do in the absence of that data? The reality is that there is no... No, no, what did you suggest that they do? They don't need to do anything, Your Honor, because the reality is that there is no need to have white shrimp in those particular sizes. White shrimp grows in smaller sizes than black tiger shrimp. And the finished white products that are produced are predominantly and almost entirely in the smaller sizes. The lack of the smaller size white banh mi shrimp is not an obstacle to using the white shrimp in this case, in the larger size. So are you saying in the prior segments, Indonesia data was used, right? In the previous, in the exact previous administrator review... And in that particular review, was Indonesia recognized as a comparable economy? Correct. Okay, but this time it wasn't. Indonesia was not recognized as one of the six primary countries under consideration for determining what should be the primary surrogate country. But just because a country is not on that list does not mean its data is not usable. Again, commerce has departed from the primary surrogate country, in this case... Well, it requires more calculations and extrapolation when you're trying to use and take data from a country that's not a comparable economy and apply it to this particular economy. With respect, I don't think there's any difference in the calculation or the extrapolation necessary. They could use the Indonesian white banh mi cost exactly the same way as they used the black banh mi. So then the whole exercise of trying to identify comparable economies is a useless exercise? It's not useless at all. Then why do they do it? So why do they do it? The law requires commerce. It directs them, to the extent possible, to use values in a surrogate country that has an economic development comparable. But the primary goal is to search for the best available information. And the best available information must be defined as what is most product-specific, most contemporaneous, tax-exclusive, representative of a broad market average. And that value might not be in the primary surrogate country. In this case, commerce, in fact, in this very appeal, commerce, after two remands, decided that it would depart from the primary surrogate country and value labor costs using India as agreed to by both of the defendant appellees in this case. They did not use Bangladeshi labor costs because they believed Bangladeshi labor costs were unreliable. Commerce departs from the primary surrogate country when those values are unreliable, aberrational, or in this case, unavailable. They used the scrapped shrimp costs from Indonesia because there was no scrapped shrimp cost in Bangladesh. And that is exactly what I am asking you to consider today. But in the end, this is not a de novo review by us, right? We have to give quite a bit of deference to commerce's choices here in trying to decide which surrogate country to take surrogate values from. Correct. You will uphold – So you have to convince the court that it's entirely unreasonable for commerce to have elected to use one surrogate country to get these data from the shrimp. I don't disagree with the choice of the surrogate country. We are not contesting Bangladesh as the primary surrogate value. But you cannot produce white frozen shrimp from black product. You cannot produce a finished good with material inputs that do not go into that. And if you want to value that production, you need to start with the actual inputs that go into that production. What percentage of the inputs here were the larger size white shrimp? I would say probably less than 5% in the white shrimp sizes. In the black shrimp sizes, it was more like 33%, I believe, if I'm not divulging proprietary information. And the smaller white size shrimp, what proportion were they? Those were the vast majority. I would say that if you combine the Bangladeshi surrogate values for black tiger and the Indonesian surrogate values for white vaname, you would basically be able to value the shrimp production by the mandatory respondents by at least 90% without extrapolation. I'm not understanding that. The inputs, the cost of the product, the cost of the raw shrimp, what percentage? Probably about, I would say 75. Wait, wait, sorry to interrupt. What percentage of the commerce figure is attributable to the white shrimp? At this point, none of the- They're using the black shrimp instead. Correct. In terms of the product, the actual product, what percentage? About 50%. About 50%? About 50%. Both mandatory respondents sold about half and half, white and black. Did you submit any evidence on Indonesia's level of economic development? We do not have any information on Indonesia's level of economic development. But once again- I was asking whether you had submitted- No, no, we did not. And that's an important consideration in picking the surrogate country, right? It's a quintessential important point in picking the primary surrogate country, but it is not an important point- Commerce normally tries to pick, to limit as much as it can all the different factors to one country. All things being equal, if commerce is faced with the choice between equally comparable surrogate values that are equally contemporaneous, equally product-specific, that are tax-exclusive, that both represent a broad market average, commerce wants to pick the price in the primary surrogate country. In this case, there is no material value for white Vanamay shrimp in Bangladesh. Commerce has nothing to pick from Bangladesh, so their options are either to extrapolate and to guess and to put on this black tiger cost, or to use white Vanamay costs that are on the record from Indonesia, that represent the exact same size, the exact same species- Well, they don't represent the exact same size, because the larger size there isn't any Indonesian data for, right? They do represent the same size. The overlap in the available Vietnamese- pardon me, the overlap in the Indonesian white Vanamay and the products used that were produced from those size inputs is significant, substantial, I would say. And for commerce to basically- That may be true, but there is still missing data for the larger white shrimp. So even under your theory, what, they'd have to use the black shrimp as a substitute for the larger size of white shrimp? At a minimum, commerce should use- That's my question, is that right? They would have to make a decision. They'd have to say, what is better to use? We should extrapolate the white smaller size or to substitute the black for the larger size? Which did you propose? We think they should use the white for everything, because white- And extrapolate to the larger sizes? Because the record evidence demonstrates- Is that a yes? Yes, because the record demonstrates that there is a significant price difference between white and black species. And just assigning an extrapolated black cost as opposed to an extrapolated white cost, you still would get a better match with the white because of the species specificity. Okay, you want to save the rest of your time here? Sure, thank you very much. Ms. Westerkamp? Good morning, and may it please the Court. I think I'll just start with the point that commerce did make a decision and did select the best available information on the record to value the raw shrimp input. And I would note that for the two largest count sizes that we're missing in the Indonesian data, that is a significant percentage, and that information is confidential but is on page 14 of our brief. Can you give us a range that wouldn't be confidential? Not really, Your Honor, but it is on page 14 of our brief. And then to go off of that as well, what was also missing with the Indonesian data, as commerce explained on page 2315 of the record and 2337, was that not only was there no information on the record as to Indonesia's economic comparability, which, as Your Honors know, the party has a responsibility to build the record pursuant to QBD food, but there was also no information about Indonesia's surrogate value as to financial statements or the cost of labor. And commerce simply explained that basically any gains in accuracy from trying to combine these different sources of data, it was basically just missing any information as to whether Indonesia on this record was economically comparable. And yes, Indonesia in the prior review was the primary surrogate country, but that was the only time in eight years that it had been selected as such. What did commerce say here as to why this was different from the prior review? So Indonesia was not listed on the primary surrogate country list, and that's at page 2308 of the record. But more importantly, none of the parties submitted information to the record for commerce to consider Indonesia as the primary surrogate country. And as counsel represented, none of the parties actually challenged Bangladesh as the – what's not on appeal is Bangladesh being the primary surrogate country. Commerce said something along the lines of just because Indonesia was used as a surrogate country in a prior review, that doesn't mean that commerce intended for it to be used for all future reviews or something like that. That's correct. And commerce did, in order to value the raw shrimp scrap, which is the waste, that is a byproduct, there was no information on the record in Bangladesh as to that value. And so, yes, commerce did look to Indonesia for that one very small byproduct value from Indonesia. And that's also at page 2315 of the record, where commerce explained why it had to go to Indonesia for that one small value. In this review or the prior review? In this review. Even in this review, they used Indonesia for one purpose. For one purpose only and a limited purpose being to value the byproduct of shrimp waste. And what was the Indonesian data used for in the prior review? In the prior review, Indonesia was the primary surrogate country, and that information had been placed on the record by the parties. And one of the vital pieces of information is the gross national income. And, again, not only was that not on this record about Indonesia, but there was no information about financial statements. There was no information about the surrogate value of labor. And that's obviously important when you're trying to calculate the value of raw shrimp. I mean, how is it being produced and what is it costing to produce that value of raw shrimp? And, again, commerce explained that although there were the two missing count sizes, which, again, is at page 14 of our record as to the exact percentage of those count sizes, commerce explained that if it were to have to extrapolate that data, and this is at 2337 of the record, then that inherently basically takes away from any kind of better accuracy that could have been derived from using the Indonesian prices otherwise. And then, in addition, I would note that on page 2314 of the record. Did commerce's calculation assume that the white shrimp should be priced at the same level as the black shrimp? Commerce chose the Bangladeshi data, which did only have black tiger shrimp prices. So there was no adjustment of that data to account for the fact that it was black rather than white shrimp? That's correct, Your Honor. And at page 2314. Why wouldn't there be some adjustment made in the black shrimp price to account for the fact that there are pricing differences between white and black shrimp? The answer to that, Your Honor, is that, and it's at 2337 and 2314 of the record, where count size actually matters more than species. And so the price of shrimp is driven more on, you know, if you've got bigger shrimp, it's going to cost more. I understand that, but it still doesn't explain to me why you wouldn't make some sort of adjustment to take account of different species. I mean, that could be done, right? You could have used the black shrimp data from Bangladesh and still adjusted it to take account of the fact that some of the product, some of the inputs were white shrimp. And that is what the appellants are asking the court to have Commerce go back and do. But the standard of review here is substantial evidence. I thought that was not what they were asking. I thought what they did ask was to use the Indonesian data for the white shrimp rather than to make an adjustment in the Bangladesh black shrimp data. Am I mistaken? It was a little unclear to me as to exactly what they would be asking Commerce to do on remand. But what I would note is that as long as Commerce adequately explains and it's a reasoned analysis as to why a source of information was better than the other. And here they were both, Commerce said, these are both imperfect choices. They're both missing information. Bangladesh is missing white vandemite prices. Indonesia is missing the two largest count sizes, which are very important. And so Commerce made the decision. You mentioned you're missing the financial statements from Indonesian companies as well? Correct. So without that, just without the financial statements, it gets very difficult to build your surrogate price. Is that right? That is correct, Your Honor. And Commerce, it wasn't just species versus count size. Commerce considered that in its analysis as to why Bangladesh was better than Indonesia. And that is at 2337 of the record. And even the trial court had previously recognized, and this was in Allied Pacific Food, that count size is an important consideration to make when specifically for shrimp trying to select the surrogate value. Overall in the shrimp industry, is it the case that size drives the price as opposed to species? Yes. And even the NACA data, Your Honor, recognized this is at 2314 of the record. The NACA study itself said that count size was a key indicator. So if you go to the grocery store, you go to Harris Teeter or Whole Foods, if you get bigger shrimp, it's going to cost more versus, you know, little tiny shrimp that cost less. And that's true even within the species, right? Correct. Let's say black shrimp. So the bigger the shrimp are, the costlier they are. Correct. Yes. How would the missing financial data affect the validity of the white shrimp input value with respect to Indonesia? Well, I don't think it's solely just the missing financial statements, Your Honor. It's the fact that on this record, there is no information whatsoever as to whether Indonesia is economically comparable. And as to, in Commerce Explained… So the missing financial statements don't affect the input value for the shrimp. That's a different factor, right? Well, there's shrimp, but then also the factors of production for that shrimp. If you're using Indonesian data for shrimp, then you would need to look at, to the extent possible, financial statements as well as the cost of labor. And all of that was missing in this record. Is that because the price itself is unreliable? And so what you're trying to do is you're trying to rebuild a price using these different factors of production. Correct. And, Your Honor, that's at 2337 of the record, and the trial court also noted that at page 100 of the record, where there's basically an absence of information as to the shrimp price structure between, and I'll quote here, Indonesian black tiger prices and Vietnamite prices, and whether those would be the same or even similar. I mean, these are apples and oranges, and Commerce had no way to compare even or to build or to construct a certificate. Do you think this is in which Commerce has used inputs from two different countries? If it has to, Commerce does, and here Commerce did. Commerce did use Indonesian data to value the byproduct. But when it came to the primary input, which for shrimp is raw shrimp itself, Commerce determined that out of these two imperfect sources of information that it would go with Bangladesh rather than Indonesia, and reasonably explained why it made that choice to do so. Would it have been reasonable for Commerce to have gone the other way here, and to actually have used the Indonesian data for white shrimp? Commerce would have to explain its decision, and here... Just based on the record that we have in front of us, do you think that would have been a reasonable choice by Commerce? Although I can't speak for Commerce, likely not, because Commerce itself explained that Indonesian data was lacking for those three reasons, being the GNI, labor, and also financial statements. And again, Commerce... I'm not understanding that answer, because the proposal here is not to use Indonesia as the primary surrogate country, but to use one set of data from Indonesia the way you do for the byproduct. You use the data for the byproduct as part of the input, even though you don't have the financial data from Indonesia. So correspondingly, you could use the shrimp price from Indonesia here without having the financial data, right? Yes or no? Yes, Commerce could, Your Honor, but to explain that a little bit further, this is a complex methodological choice, and as the trial court noted on page 99 of the record, there's actually no authority that Commerce is required to cobble together different sources of information from another... We understand that Commerce is not compelled to find from a dozen different countries factors of production data and then cobble them all together. The only question I had was, it's a hypothetical one, would it have been reasonable, would it have been supported by substantial evidence, a choice by Commerce to have elected to use the white shrimp data from Indonesia based on the record we have in front of us? No, likely not, considering that Commerce explained that that data was defective for other reasons. And the other reasons being? The fact that there was no information as to whether Indonesia was even a comparable country economically to Vietnam, as well as the missing financial statements and the surrogate value of labor. And if there are no further questions, we respectfully request that this court approve the results in their entirety. Mr. Rickard? Good morning, Your Honors, and may it please the court. My comments today focus on economic comparability. And one of the things I guess I would like to highlight is that Commerce explains on page 16 of its issues and decision memo, which is page of the appendix 2315, that there were surrogate values on the record from Bangladesh for every factor of production except shrimp waste, which the agency described as, quote, a negligible portion, unquote, of total normal value. Commerce further explained that it had used an Indonesian value as a surrogate for shrimp scrap waste in all prior administrative reviews. Commerce used an Indonesian value as the surrogate because there was no other option on the record. It had used the same value in every prior administrative review of this anti-dumping duty order, which was implemented in February of 2005. There's no question that a decade-old value from administrative proceedings regarding an anti-dumping duty order on a different product from a different country is a poor surrogate. But it was the only information on the record regarding that particular surrogate value. But that leads to the question, if they did that for the waste, why did they do it for the white shrimp? So there is no other option available. Here on shrimp, which is the factor of production, is whole shrimp. There are two values that are available on the record. There is NACA data relating to Bangladesh, which is just black tiger shrimp of five different count sizes. And then there is NACA data from Indonesia, which involves white shrimp of three count sizes and black shrimp of four count sizes. And Commerce chose between those two data sets to determine what was the best available information on the record. They do that in the context of building up a surrogate value that has 37 different components in terms of the factors of production that were in place. And at the time they made this decision, 36 of those components were from Bangladesh. There was one, the shrimp scrap value, that was Indonesian in nature. Now we have litigated, and separately, which is not up on appeal here, we litigated the labor value as representatives of the domestic industry. And following the Court of International Trade's remands back to the Commerce Department, Commerce then used the labor value from India rather than from Bangladesh. In that proceeding, what you see on the appendix of the record is how much information we put on the record to demonstrate that this was an unreliable data source by which to build a surrogate value. There is nothing like that on the record for this case. What you have instead is a series of assertions that there is a difference between vanamite prices and black tiger prices based on a comparison of the Indonesian surrogate values on species at comparable count sizes. And that's it. So overall, our belief is that what Commerce has done is an appropriate and reasonable choice based off the information that was available at the time between two different surrogate values within the context of how they built surrogate values. Are there data available for Indonesian black shrimp? There was data available for Indonesian black shrimp. And how does that compare to the Bangladesh data for black shrimp? I do not know the answer to that question about how they compare to each other. You mean like in actual prices or in count sizes? No, no, no. For the same count size, the black shrimp from Bangladesh and the black shrimp from Indonesia. I don't know that offhand. I'm sorry. But I would say again that one of the things that happens with an Indonesian value is that it's adjusted as you build the surrogate value by a series of other Bangladeshi values to come to that cost. It's where the financial ratios are important because that's what's added to the Indonesian values overall. So what the court is being asked to do is take an isolated value from Indonesia and drop that within the context of Bangladesh without first demonstrating that Indonesia is an appropriate place to do any of this evaluation. Thank you, Your Honour. Mr. Nassilan? Specificity is probably the most critical factor that commerce is concerned with when it chooses surrogate values. It is why commerce in the wooden bedroom furniture case does not value sleigh beds made of birch with oak values. In fish fillets, it does not value catfish production with sea bass or tuna. In the mushroom from China case, it does not value button mushrooms with truffles. Species affects cost, and cost affects prices. The record is very clear that there are differences in the cost of black tiger versus white Van Mee shrimp in Indonesia, and we went further. We showed that the prices to the United States of the Vietnamese exporters, if you eliminate all factors... ...Bangladesh and Indonesia compare for the same size? In fact, I do. The black tiger prices in Indonesia and the black tiger prices in Bangladesh are virtually identical. On page 883 of our joint appendix, you have the black tiger prices for Bangladesh, and on page 866, you have the black tiger prices for Indonesia. Commerce calculated an exchange rate of about 10,000 rupiah to one. If you move the decimal place forward to the left, you will find month by month, size by size, virtually identical black tiger pricing in Indonesia and in Bangladesh, which to me indicates that there must be something that affects the price of white Van Mee, which brings it down. And the Vietnamese export price, when you eliminate all size, all processing, if you just look at identical products sold with only a species difference, there is a significant difference in the U.S. selling price. Once again, species affects cost, cost affects pricing. If commerce does not use surrogate values that are specific to the input being valued, then they're going to calculate incorrect normal values, and they're going to calculate incorrect dumping margins. It is critical in this case to commerce value the surrogate cost exactly to the inputs that are being used. And Trump is not sure. Is your argument that commerce should disregard whether the country that's, the surrogate country being considered, or a country that's being considered a surrogate country, be of the same economic development, or those factors, the factors that are alleged to have been missing here, are those important in selecting a surrogate country or not? Absolutely important. All other things being equal, commerce should use surrogate pricing in a country that is economically comfortable. Unless that information is known, then we're not sure as to the pricing. I mean, the artificial factors can drive the pricing other than the market, correct? But the primary consideration is best available information. You want to match the surrogate cost to the input being valued. In this case, commerce departed from Bangladesh. What's your standard of review for best information available? Well, I think this is where commerce does have a lot of deference. But certainly they have established a precedent of looking at factors, product specificity, contemporaneity, tax exclusiveness, broad market averages. All of these go into looking at whether or not the Indonesian and Bangladesh data are the same or different. And in this case, it's from the same study. They are equally valid surrogate values. They are both the best available information, but for the fact that Bangladesh does not have any white Fannie Mae pricing. Shrimp is not a shrimp. We're out of time, Mr. Gosling. Thank you very much. Thank you all, counsel. The case is submitted.